**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PHELEISA WOODS** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00057-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Commissioner** **DEFENDANT**

# ORDER

After a *de novo* review, Magistrate Judge Patricia Harris's proposed findings and recommendations [Doc. No. 14] are adopted. The Commissioner's decision is affirmed and Woods's complaint is dismissed with prejudice.

IT IS SO ORDERED this 18th day of November, 2026.

UNITED STATES DISTRICT JUDGE